# United States District Court

WESTERN DISTRICT OF NEW YORK

Leonard N. Betts

v.

Matthew J. Peterson, et al

**JUDGMENT IN A CIVIL CASE**
CASE NUMBER: 10-cv-568

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the report and recommendation is granted; defendants' motion to dismiss for lack of personal jurisdiction is granted; plaintiff's response treated as a motion to strike the amended answer is denied and the case is closed.

Date: January 27, 2011

MICHAEL J. ROEMER, CLERK

By: s/J. McCarthy
Deputy Clerk